Mohammad Anwar Hossain

A#221146817

Prairieland Detention centre

1209 sunflower lane

Alvarado, Tx 76009

February 11, 2025

U.S. Immigration customs Enforcement

Dallas field office

8101 N.stemmons fwy,

Dallas, Tx 75247

I request that ICE take the followings information into consideration in reviewing my custody status because I believe that I qualify for an order of supervision. I am under final order of removal and have been in detention for more than six months since my order of removal become final. It is unlucky that I will be deported to Bangladesh in reasonably foreseeable future. I am not danger to public safety and I am not at flight risk.

I entered the United States June 28 2024.

My Native country will not accept my deportation because my Native country does not have repatriation agreement with the United States. We had a political riots in my country (WHICH YOU MAY CONFIRM ONLINE.)  The Prime minister Sheikh Hasina's Government will torture me Or they will allow third party or police to torture me or kill me. I have an incredible fear to return to my country because I have supported Bangladesh Liberal Democratic party, which is rival of Bangladesh AWAMILIGE party, which belongs to Prime Minister Sheikh Hasina.

I need to address this issue, which happened when asylum officer took my interview first time. I have informed in my first interview that prime minister of Bangladesh party AWAMILIGE beat me twice & Bangladesh police beat me once when I was in my native country. I did submit two of the medical report to the Asylum officer & the judge. I also submitted a letter, which shows I am a supportive member of BANGADESH DEMOCRATE LIBREAL PARTY that is opposition & rival party of the current Government. I could not file medical report after police beat me up because I was fear to death after police threatened me and told me if you let anyone know we will kill you and your family. Please take this in notice The judge told me I did not informed

asylum officer that I got beat up three times which isn't true, I did informed my asylum officer that opposition party and police did beat me up total three times in the past. My asylum officer wrote down in my record that I got beat up only once but I did informed him in the first interview that I did beat up three times. I do have medical conditions like blood pressure, cholesterol, piles, an eye allergy etc. we have limited medical resources in the detention center, which I totally understand. If I get a chance to get out in America, I would like to see specialist to treat my medical conditions.

In my native country Bangladesh we have my family house where I used to reside with my parents, wife & three of our children's. unfortunately my uncle wants our family house by his high influence in the government & police which my uncle bribe police not to take my police report against my uncle after he threatened me & our entire family to leave the house and move some where else.

My luggage got robbed in mexico which had my identification card & passport.

In addition, I am not danger to public safety and I did not committed any crime.

I will find the job if I get release from ICE custody. I did not have any disciplinary issues while I am detain. I do have my uncle in Connecticut who is willing to sponsor me and take my full responsibility until I get on my feet. I do realize that I had to cross the border to enter in the United States because I am fear for my life in my native country and I am looking for safe and better future in this great Nation the United States of America.  I am sincerely willing to be a productive member of the society and follow all the laws of this great nation.  I will focus on work and be a law-abiding citizen. I would also support my family and prepare to comply with all my restrictions imposed on me as part of my release.

I am not at flight risk. Below is my sponsor address, which I will reside if I get release.

Mohammad Anwar Hossain

573 Beech wood

 Abemue bridge port

Connecticut 06604

Cellphone 929-326-9253

For the reasons started above, I ask that ICE release me under an order of supervision so that I can get on my feet and, no longer financial burden of Taxpayers money.


Respectfully submitted,

Mohammad Anwar Hossain A#221146817

HOSSAIN MOHAMMAD
PRAIRIELAND
1209 SUNFLOWER LN
ALVARADO, TX 76009

NORTH TEXAS TX P&DC
DALLAS TX 750
14 FEB 2025 PM 4 L

75242-131052

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
1100 COMMERCE STREET, ROOM 1452
DALLAS, TX 75242